United States District Court
Southern District of Texas
**ENTERED**
December 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 7:24-CR-1258-2 |
| § | |
| RENE ADAN FLORES § | |

**ORDER GRANTING UNOPPOSED CONTINUANCE**

Came on to be considered Defendant Rene Adan Flores's Motion for Continuance [Doc. No. 37] which was unopposed by the Government, and the Court, after considering same, finds that the failure to grant the Defendant's Motion for Continuance would likely make a continuation of this proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the unopposed Motion for Continuance of Defendant Rene Adan Flores is hereby GRANTED, and this case is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial (previously set for December 20, 2024) in this case is hereby reset for January 31, 2025, at 9:00 a.m., and Jury Selection is hereby reset for February 4, 2025, at 9:00 a.m. in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

SO ORDERED December 18, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge