UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.   Case Number: 7:24−cr−01258

Rene Adan Flores

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Randy Crane

**PLACE:**

United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 1/10/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   January 6, 2025

Nathan Ochsner, Clerk